TON

FILED UNDER SEAL

36

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PLAINTIFFS UNDER SEAL,   :
:
v.   :   Civil Action No. 08-CV-0287
:
DEFENDANTS UNDER SEAL.   :

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

FILED
AUG 28 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

STUART F. DELERY
Assistant Attorney General

ZANE DAVID MEMEGER
United States Attorney

MARGARET L. HUTCHINSON
Assistant United States Attorney
Chief, Civil Division

ERIC D. GILL
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

MICHAEL GRANSTON
PATRICIA HANOWER
RENEE ORLEANS
Trial Attorneys
Civil Division, Commercial Litigation Branch
601 D Street, NW
Washington, D.C. 20530

FILED UNDER SEAL