**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION



1205 WESTLAKES DRIVE
SUITE 330
BERWYN, PA 19312
TEL: (610) 964 1900
FAX: (610) 964 1981

TWO PENN CENTER PLAZA
SUITE 200
PHILADELPHIA, PA 19102
TEL: (215) 564 0160
FAX: (610) 964 1981

30TH ANNIVERSARY

MEAGHANN C. PORTH
mporth@campbell-trial-lawyers.com
(610) 964-6393

*Please direct all correspondence and deliveries to the Berwyn, PA office.*

January 27, 2014

**Electronically Filed Via ECF and Via Facsimile**
The Honorable Thomas N. O'Neill, Jr.
United States District Judge
United States District Court for the Eastern District of Pennsylvania
4007 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Re:   *U.S. ex rel. Boise v. Cephalon, Inc. and Takeda Pharmaceuticals North America, Inc.*
      **Civil Action No. 08-CV-0287**

Dear Judge O'Neill:

We, along with Patterson Belknap Webb & Tyler LLP, represent defendant Takeda Pharmaceuticals U.S.A., Inc. (f/k/a Takeda Pharmaceuticals North America, Inc.) in the above-captioned matter. We write to respectfully request a 30-day extension of time to file our response to the complaint, currently due today. This is Takeda's first such request. We have spoken with Mr. Robert S. Kitchenoff, counsel of record for Relator Bruce Boise, who has no objection to this request, but advised us that Mr. W. Scott Simmer of Blank Rome, LLP will be representing Relator in this matter going forward. Mr. Simmer advised us that Relator consents to this extension.

We apologize for the lateness of this request. Our firms were only retained on Friday, January 24, 2014. We reached out to opposing counsel on Friday to seek Relator's consent to the extension, but were unable to reach him until today.

Respectfully submitted,

Meaghann C. Porth, Esquire

MCP/dml
cc: Robert S. Kitchenoff, Esquire (via ecf and via email)
    W. Scott Simmer, Esquire (via ecf and via email)

CONNECTICUT • MAINE • MASSACHUSETTS • NEW HAMPSHIRE • NEW JERSEY • PENNSYLVANIA • RHODE ISLAND