

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al ex rel. BRUCE BOISE | : CIVIL ACTION |
| v. | : |
| CEPHALON, INC. and TEKADA PHARMACEUTICALS NORTH AMERICA, INC. | : NO. 08-287 |

### ORDER

AND NOW, this 28th day of February, 2014, upon consideration of plaintiff's unopposed motion to file a second amended complaint and there being no opposition thereto, it is ORDERED that said motion is GRANTED.

It is further ORDERED that defendant Cephalon, Inc's motion to dismiss relator's amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 9(b) (Dkt. No. 45) and defendant Tekeda Pharmaceutical U.S.A., Inc's motion to dismiss relator's amended complaint pursuant to Rules 12(b) and 9(b) (Dkt. No. 65) are denied without prejudice as moot, plaintiff having been granted leave to file a second amended complaint.

THOMAS N. O'NEILL, JR., J.