

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRUCE BOISE, KEITH DUFOUR and ANDREW AUGUSTINE and on behalf of the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, the Commonwealth of MASSACHUSETTS, MICHIGAN, MONTANA, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, the Commonwealth of VIRGINIA, WISCONSIN and the DISTRICT OF COLUMBIA, <br><br> Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., a Wholly-Owned, Indirect Subsidiary of TEVA PHARMACEUTICAL INDUSTRIES LTD., and JOHN DOES # 1-100, FICTITIOUS NAMES, <br><br> Defendants. | Hon. Thomas N. O'Neill, Jr. <br><br> Civil Action No. 08-287 <br><br><br> **FILED** <br> MAR -5 2014 <br> MICHAEL E. KUNZ, Clerk <br> By JZ  Dep. Clerk |

## JOINT STIPULATION THAT DEFENDANT'S MOTION TO UNSEAL RELATOR'S ORIGINAL COMPLAINT IS UNOPPOSED

It is hereby stipulated and agreed that Defendant's Motion to Unseal Relator's Original Complaint (Dkt. No. 46) is unopposed and respectfully request that Your Honor grant Defendant's Motion and order the Original Complaint be unsealed.

/s/ Eric. W. Sitarchuk
Eric W. Sitarchuk (Pa. Bar. No. 39082)
Alison Tanchyk (Pa. Bar No. 91627)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

/s/ Nicholas C. Harbist
Nicholas C. Harbist (ID No. 35210)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
(215) 569-5500

(215) 963-5000  
esitarchuk@morganlewis.com  
atanchyk@morganlewis.com  

*Counsel for Defendant Cephalon, Inc.*

Harbist@BlankRome.com

W. Scott Simmer (*pro hac vice*)  
Alan M Freeman (ID No. 90377)  
Andrew M. Miller (*pro hac vice*)  
BLANK ROME LLP  
600 New Hampshire Avenue, NW  
Washington, DC 20037  
Telephone: (202) 772-5800  
Facsimile: (202) 772-5858  

-and-

Steven E. Fineman (*pro hac vice*)  
Rachel Geman (*pro hac vice*)  
Darasan Srinivasan (*pro hac vice forthcoming*)  
LIEFF CABRASER HEIMANN &  
BERNSTEIN, LLP  
250 Hudson Street, 8th Floor  
New York, NY 10013  
Telephone: (212) 355-9500  
Facsimile: (212) 355-9592  

*Attorneys For Plaintiff/Relators*

_T. N. O'Neill_  
3/5/14     J.

ENTERED  
MAR - 5 2014  
CLERK OF COURT