

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA ex rel.   :       CIVIL ACTION
BRUCE BOISE, et al.                :       NO.  08-287
                                   :
            v.                     :
                                   :
CEPHALON, INC., et al.             :

## ORDER

AND NOW, this 9th day of October, 2014, upon consideration of the motion to dismiss

by defendant Cephalon, Inc. (Dkt. No. 78) and plaintiffs' response (Dkt. No. 89), and consistent

with the accompanying memorandum of law, it is ordered that Cephalon's motion is DENIED

with regard to the Fentora and Nuvigil claims of Augustine and Dufour and STAYED with

regard to plaintiffs' Provigil claims pending the resolution of U.S. ex rel. Carter v. Halliburton

Co., 710 F.3d 171 (4th Cir. 2013), cert. granted, 134 S. Ct. 2899 (2014).  The parties are directed

to advise me promptly of the Supreme Court's final decision in that matter.


_____
THOMAS N. O'NEILL, JR., J.


ENTERED  10/9/14 mailed

OCT - 9 2014

CLERK OF COURT

xc: legal