IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. BRUCE BOISE, et al. | : : : | CIVIL ACTION NO. 08-287 |
| v. | : : | |
| CEPHALON, INC., et al. | : | |

### ORDER

AND NOW, this 9th day of October, 2014, upon consideration of the motion to dismiss by defendant Cephalon, Inc. (Dkt. No. 77) and plaintiffs' response (Dkt. No. 88), and consistent with the accompanying memorandum of law, it is ordered that Cephalon's motion is GRANTED and plaintiffs' Fentora claims are DISMISSED.

_____
THOMAS N. O'NEILL, JR., J.

ENTERED
OCT -9 2014
CLERK OF COURT