IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. BRUCE BOISE, et al. | : : : | CIVIL ACTION NO. 08-287 |
| v. | : : | |
| CEPHALON, INC., et al. | : | |

## **ORDER**

AND NOW, this 25th day of November, 2014, upon consideration of the motion to consolidate by plaintiffs (Dkt. No. 75), plaintiffs' supplemental brief in support of their motion to consolidate (Dkt. No. 99) and Cephalon's response (Dkt. No. 100), it is ordered that plaintiffs' motion is DENIED. Defendants shall respond to plaintiffs' second amended complaint on or before December 9th, 2014.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.