IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. BRUCE BOISE, et al. | : : : | CIVIL ACTION NO. 08-287 |
| v. | : : | |
| CEPHALON, INC., et al. | : | |

# ORDER

AND NOW, this 21st day of July, 2015, upon consideration of Cephalon's motion to dismiss relators Bruce Boise, Keith Dufour and Andrew Augustine's 31 U.S.C. § 3729(a)(1)(G) claims[1] contained in their third amended complaint (Dkt. No. 126), relators' response (Dkt. No. 128), Cephalon's reply (Dkt. No. 130) and consistent with the accompanying memorandum of law, it is ORDERED that Cephalon's motion is DENIED.

                                             *s/Thomas N. O'Neill, Jr.*
                                             THOMAS N. O'NEILL, JR., J.

---

[1] And claims under 31 U.S.C. § 3729(a)(7) "to the extent wrongdoing occurred prior to May 20, 2009." Dkt No. 121 at ECF 148 n.4.