# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* BRUCE BOISE, KEITH DUFOUR AND ANDREW AUGUSTINE AND ON BEHALF OF THE STATES OF CALIFORNIA, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, THE COMMONWEALTH OF MASSACHUSETTS, MICHIGAN, MONTANA, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, THE COMMONWEALTH OF VIRGINIA, WISCONSIN AND THE DISTRICT OF COLUMBIA,<br><br>PLAINTIFFS,<br><br>V.<br><br>CEPHALON, INC., A WHOLLY-OWNED, DIRECT SUBSIDIARY OF TEVA LIMITED, AND JOHN DOES # 1-100, FICTITIOUS NAMES,<br><br>DEFENDANTS. | Hon. Thomas N. O'Neill, Jr.<br><br>Civil Action No. 08-287<br><br>**ORAL ARGUMENT REQUESTED** |

**CEPHALON'S MOTION TO MODIFY THE COURT'S JULY 30, 2015 ORDER, OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Defendant Cephalon, Inc. ("Cephalon" or "Defendant"), respectfully moves this Court to modify its July 30, 2015 Order (Doc. No. 137) in order to dismiss Relators' Provigil claims without prejudice to file a new civil action, or, in the alternative, grant partial judgment on the pleadings in favor of Cephalon to dismiss Relators' Provigil claims prior to February 28, 2008. Cephalon's bases for this motion are further explained in the accompanying memorandum.

*Respectfully submitted,*

DATED: August 13, 2015

/s/Eric W. Sitarchuk
Eric W. Sitarchuk (Pa. Bar No. 39082)
Alison Tanchyk (Pa. Bar No. 91627)
Rebecca J. Hillyer (Pa. Bar No. 91552)
Evan K. Jacobs (Pa. Bar No. 314126)

>MORGAN, LEWIS & BOCKIUS LLP
>1701 Market Street
>Philadelphia, PA 19103
>(215) 963-5000
>esitarchuk@morganlewis.com
>atanchyk@morganlewis.com
>rhillyer@morganlewis.com
>ejacobs@morganlewis.com
>
>*Attorneys for Defendant Cephalon, Inc.*

**CERTIFICATE OF SERVICE**

     I, Rebecca J. Hillyer, hereby certify that I served a true and correct copy of the above motion and accompanying papers, by the Court's ECF system on August 13, 2015, which delivered copies to all counsel of record.  In addition, I hereby certify that on August 13, 2015, I caused a true and correct copy of the above motion and accompanying papers to be sent to the persons listed below via first-class mail, postage prepaid.

                                                  /s/ Rebecca J. Hillyer
                                                  Rebecca J. Hillyer

Non-ECF Service List

| | | |
|---|---|---|
| Kamala D. Harris, Attorney General<br>c/o Siobhan Franklin<br>Bureau of Medical Fraud<br>Office of the Attorney General<br>California Department of Justice<br>110 West "A" Street, Suite 1100<br>San Diego, CA  92101 | George C. Jepsen, Attorney General<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT 06106-1774 | Matthew Denn, Attorney General<br>c/o Dan Miller<br>Office of the Attorney General<br>Fraud & Consumer Protection Division<br>820 N. French Street<br>Wilmington, DE  19801 |
| Jane Drummey<br>Assistant Attorney General<br>Marcus A. Weeks<br>Attorney Advisor<br>D.C. Office of the Inspector General<br>441 Fourth St., Suite 630 South<br>Washington, DC  20001 | Loretta E. Lynch<br>c/o Renee S. Orleans<br>U.S. Department of Justice<br>20 Massachusetts Avenue<br>Room 7210<br>Washington, DC  20530 | Pam Bondi, Attorney General<br>c/o Donna R. Rohwer<br>Assistant General<br>Medicaid Fraud Control Unit<br>3507 East Frontage Road, Suite 325<br>Tampa, FL  33607 |

Samuel Olens, Attorney General
c/o Elizabeth White, Asst. Attorney General
State Health Care Fraud Control Unit
200 Piedmont Ave. SE
West Tower, 19th Floor
Atlanta, GA 30334

Douglas S. Chin, Attorney General
c/o Michael L. Parrish, Director
Medicaid Fraud Control Unit of Hawaii
333 Queen Street
10th Floor
Honolulu, HI 96813

Lisa Madigan, Attorney General
c/o C. Godbey
Office of the Attorney General
100 W. Randolph Street, 11th Floor
Chicago, IL 60601

Greg Zoeller, Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis, IN 46204

David Thomas, Inspector General
Indiana Office of Inspector General
315 W. Ohio Street, Room 104
Indianapolis, IN 46202

James D. Caldwell, Attorney General
c/o Nicholas Diez, Asst. Attorney General
Office of the Attorney General
1885 N. 3rd Street
Baton Rouge, LA 70802

Maura Healey, Attorney General
c/o Nicholas Messuri, Division Chief
Medicaid Fraud Control Unit
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

Bill Schuette, Attorney General
c/o David E. Tanay
Division Chief
Health Care Fraud Division
Michigan Department of Attorney General
2860 Eyde Parkway
East Lansing, MI 48864

Timothy Fox, Attorney General
Office of the Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401

Adam Paul Laxalt, Attorney General
c/o L. Timothy Terry
Chief Deputy Attorney General
100 North Carson Street
Carson City, NV 89701-4717

John Jay Hoffman, Attorney General
Office of The Attorney General
PO Box 080
Trenton, NJ 08625-0080

Eric T. Schneiderman, Attorney General
ATTN: MFCU – False Claims
Office of the Attorney General
Managing Clerk's Office
120 Broadway, 24th Floor
New York, NY 10271

Roy Cooper, Attorney General
Attorney General's Office
North Carolina Department of Justice
5505 Creedmoor Road, Suite 300
Raleigh, NC 27612

Scott Pruitt, Attorney General
Oklahoma Office of Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Peter Kilmartin, Attorney General
c/o James Dube, Director
Medicaid Fraud and Patient Abuse Unit
150 S. Main Street
Providence, RI 02903

4

| | | |
|---|---|---|
| Herbert Slatery, III, Attorney General<br>c/o Peter Coughlan<br>Office of the Attorney General<br>Antitrust Division<br>P. O. Box 20207<br>Nashville, TN  37202-0207 | Ken Paxton, Attorney General<br>c/o Kathleen Warner<br>Office of the Attorney General<br>Antitrust & Civil Medicaid Fraud Division<br>P. O. Box 12548<br>Austin, TX  78711-2548 | Mark Herring, Attorney General<br>c/o Erica Bailey<br>Special Assistant Attorney General<br>Office of the Attorney General<br>900 East Main Street, 3rd Floor<br>Richmond, VA 23219 |

Brad Schimel, Attorney General
c/o Tom Storm, Director
Wisconsin Department of Justice
Division of Legal Services
Medicaid Fraud Control Unit
17 West Main Street
Madison, WI  53707