IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. BRUCE BOISE, et al. | : : : | CIVIL ACTION NO. 08-287 |
| v. | : : | |
| CEPHALON, INC., et al. | : | |

## ORDER

AND NOW, this 2nd day of February, 2016, upon consideration of defendant Cephalon's motion for reconsideration of my July 31, 2015 order or, in the alternative, for partial judgment on the pleadings (Dkt. No. 138), relators' response (Dkt. No. 141), Cephalon's reply (Dkt. No. 143) and the parties' notices of supplemental authority (Dkt. Nos. 145-52), and consistent with the accompanying Memorandum of Law, it is ORDERED that Cephalon's motion is DENIED to the extent that it seeks reconsideration and GRANTED to the extent that it seeks partial judgment on the pleadings.  Relators' Provigil claims arising prior to February 28, 2008 are DISMISSED with prejudice.

                                                                               *s/Thomas N. O'Neill, Jr.*
                                                                  THOMAS N. O'NEILL, JR., J.